465 A.2d 1000

**Deni EYER and Women's Resources of Monroe County, Inc., Applicants,**

v.

**The Honorable James R. MARSH, President Judge, 43rd Judicial District.**

Supreme Court of Pennsylvania.

Argued Sept. 14, 1983.

Decided Sept. 28, 1983.

Michael R. Muth, Stroudsburg, for applicants.

James R. Marsh, President Judge, pro se.

James A. Swetz, Stroudsburg, for respondent.

Patricia V. Pierce, Philadelphia, for Coalition Against Rape amicus curiae.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Application denied without prejudice.

ROBERTS, C.J., files a dissenting statement.

LARSEN, J., dissents from the majority's position that the merits must await a contempt proceeding and would reach the merits of this case in the present proceedings.

ROBERTS, Chief Justice, dissenting.

Pursuant to this Court's order, this case has been fully briefed and argued before the Court. Accordingly, I dissent from the majority's refusal on this record to assume plenary jurisdiction and reach the merits in this case, which involves the validity of a subpoena seeking all materials concerning conversations between petitioner, a sexual assault counselor as defined in 42 Pa.C.S. § 5945.1, and the eight-year-old victim of the alleged offense. See generally *Matter of Pittsburgh Action Against Rape,* 494 Pa. 15, 428 A.2d 126 (1981).